# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-4599-E | Date | September 3, 2021 |
|---|---|---|---|
| Title | ED HULL v. YEONG HIM MOU, ET AL. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:** Attorneys Present for Defendants:

None  None

**Proceedings:**   (IN CHAMBERS)  **ORDER TO SHOW CAUSE (OSC) RE DISMISSAL FOR LACK OF PROSECUTION**

      This action was filed on June 3, 2021. Plaintiff has not filed any proof of service of the Summons and Complaint. No Defendant has filed a response to the Complaint or a request for an extension of time to file a response to the Complaint, or otherwise has appeared in the action. Plaintiff has not requested the entry of default.

      The Court, on its own motion, orders Plaintiff to show cause in writing, no later than September 24, 2021, why this action should not be dismissed for lack of prosecution and for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. Failure to file a timely response to this Order may result in dismissal of the action.

cc: All Counsel of Record

Initials of Deputy Clerk   VMUN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-4599-E | Date | September 3, 2021 |
|---|---|---|---|
| Title | ED HULL v. YEONG HIM MOU, ET AL. | | |