JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YEONG JIMM MOU, an individual; SHU NA MOU, an individual; UN RINCONCITO ARGENTINO, a business of unknown form; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-04599-DSF-GJS<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 28, 2021<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendants Yeong Jimm Mou, Shu Na Mou, and Un Riconcito Argentino is dismissed with prejudice. Each party will be responsible for its own fees and costs.

IT IS SO ORDERED.

DATED: January 5, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE